HONORABLE EWING WERLEIN, JR., PRESIDING

DEPUTY CLERK         Kimberly Carr

COURT REPORTER Cher Barron

LAW CLERK            Caroline Carter

Time:  Begin  9: 02       End 10:03        DATE: April 8, 2013
       Begin  10:14       End 12:00
       Begin  12:24       End 12:43
       Begin  2:00        End 3:25
       Begin  3:40        End 5:07
_____
                        CA No. 10-3205
_____

Russell

vs.

City of Houston
_____

### MINUTES - Day 1 of JURY TRIAL

  APPEARANCES:

  Plaintiff(s)    Cletus Ernster, Mickey Washington

  Defendant(s)   Van Gardner, Don Fleming, Deidra Norris

 X   Voir Dire
 X   Jury Selected and sworn
 X   Jury Trial begins

 X   Plaintiff presents evidence.

 X   Motions in Limine ruled on as stated on the record prior to Panel being brought in. Trial will resume on Tuesday, April 9, 2013 at 10:30 a.m.