<u>Response to Jury Note</u>

To the Jury:

You must consider only the evidence received during the course of the trial. This includes the testimony of the witnesses and the exhibits received in evidence. The parties cannot add any other evidence at this time, and I cannot answer any questions about how to interpret the evidence beyond what I have said in my written Instructions. Please consider all of my Instructions as you deliberate.

*/s/ Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

April 16, 2013 @ 2:55 P.M.
DATE