IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA RUSSELL, | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. H-10-3205 |
| CITY OF HOUSTON and JAMES A. RODRIGUEZ, | § § § § § | |
| Defendants. | | |

**FINAL JUDGMENT**

On the 8th day of April, 2013, this case came for trial against Defendant City of Houston, whereupon a Jury was selected, and after the Jury heard and received all of the testimony and evidence admitted at trial, and after having heard the final arguments of counsel and received from the Court its Instructions to the Jury, and after deliberations, on the 16th day of April, 2013, the Jury returned its unanimous Verdict, which the Court accepted and ordered filed. Now, therefore, based upon the Verdict of the Jury returned in favor of the City of Houston on April 16, 2013, it is

ORDERED and ADJUDGED that Plaintiff Barbara Russell TAKE NOTHING against Defendant City of Houston, and all of Plaintiff's claims against Defendant City of Houston are DISMISSED on the merits.

On the 27th day of January, 2012, the Court ordered entry of a Judgment of Default against Defendant James A. Rodriguez who, after having been duly served with Summons and a copy of the

Complaint, failed to answer or defend Plaintiff's case against him; and on the 16th day of April, 2013, after having heard Plaintiff's evidence of damages, the Court found that Plaintiff is entitled to an award of damages, including all elements thereof sought by Plaintiff, in the total amount of $900,000.00 to the date of Judgment. Now, therefore, based upon the January 27, 2012 Default Judgment against Defendant James A. Rodriguez, and the Court's finding on April 16, 2013 of the damages sustained by Plaintiff for which Defendant Rodriguez is liable, it is

ORDERED and ADJUDGED that Plaintiff Barbara Russell shall have and recover of and from Defendant James A. Rodriguez the total sum of NINE HUNDRED THOUSAND AND NO/100 DOLLARS ($900,000.00), plus interest on all unpaid portions thereof from the date of this Final Judgment until paid at the rate of 0.12% per annum, compounded annually.

All other and further relief sought by Plaintiff Barbara Russell against either Defendant and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 18TH day of April, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE