IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBARA RUSSELL § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:10-cv-03205 |
| § | |
| CITY OF HOUSTON AND § | |
| JAMES A. RODRIGUEZ § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S MOTION TO AMEND, ALTER OR SUPPLEMENT JUDGMENT

TO THE HONORABLE JUDGE EWING WERLEIN, JR.:

### BACKGROUND

The Court entered Final Judgment at Crt.Doc. 128 on April 18, 2013. Plaintiff is requesting that the Court modify the Final Judgment as to James Rodriguez in order to allow for efficient collection efforts.

### REQUEST

Plaintiff respectfully requests that the Court amend, alter or supplement the Court's final Judgment to include, as to James Rodriguez, the following collection authorization language: It is further ORDERED, ADJUDGED and DECREED that Plaintiff, Barbara Russell, shall have all writs of execution and other processes necessary in the enforcement and collection of this judgment against James Rodriguez and costs of court may issue as necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant Plaintiff's Motion and enter an order reflecting the requested language and for such other and further relief, at law or in equity, to which Plaintiff may show herself and/or the Court decide her to be justly entitled.

                                                                        Respectfully submitted,

                                                                        **WASHINGTON & ERNSTER, PLLC**

By:   <u>Cletus P. Ernster, III</u>
        Cletus P. Ernster, III
        State Bar No. 00793698
        Federal Bar No. 17822
        Mickey L. Washington
        State Bar No. 24039233
        Federal Bar No. 35786
        1420 Alabama Street
        Houston, Texas 77002
        (713) 821-9433 Telephone
        (713) 522-7410 Facsimile

        **ATTORNEYS FOR PLAINTIFF**
        **BARBARA RUSSELL**

## CERTIFICATE OF CONFERENCE AND SERVICE

On May 7 and May 9, Counsel for the City was notified by electronic mail about this Motion for purposes of determining whether the City opposed the motion. However, the City's position as to opposition or no opposition is unknown. I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with Federal Rules of Civil Procedure, on the 14th day of May, 2013.

*Via Electronic Filing*
Van Gardner
Senior Assistant City Attorney
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 3rd Floor
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT**
**CITY OF HOUSTON**

                                                              <u>/s/ Cletus P. Ernster, III</u>
                                                              Cletus P. Ernster, III