IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA RUSSELL, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-10-3205 |
| CITY OF HOUSTON and JAMES A. RODRIGUEZ, | § | |
| Defendants. | § | |

ORDER

Plaintiff's Motion to Amend, Alter or Supplement Judgment (Document No. 130) to add language to the Final Judgment to enable enforcement of the judgment against Defendant James Rodriguez, is DENIED. The additional language proposed is unnecessary for Plaintiff to enforce the judgment. See FED. R. CIV. P. 69(a) ("A money judgment is enforced by a writ of execution, unless the court directs otherwise."); The Cadle Co. v. Terrell, No. 4:01-CV-0399, 2002 WL 22075, at *3 (N.D. Tex. Jan. 7, 2002) ("It is axiomatic that the 'right to collect a money judgment by execution is inherent in the judgment and does not depend on specific recitals.'") (quoting Ford v. Wied, 823 S.W.2d 423, 424 (Tex. App.-Texarkana 1992, pet. denied)).

The Clerk will enter this Order and provide a correct copy to all parties.

SIGNED at Houston, Texas, on this 20th day of June, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE